IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

RAYMOND STRONG,

      Appellant,

 v.

Case No.  5D22-41
LT Case No. 2016-300822-CFDB

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed November 1, 2022

3.850 Appeal from the Circuit Court
for Volusia County,
Sandra C. Upchurch, Judge.

Raymond Strong, Bonifay, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Allison L. Morris,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

     AFFIRMED.


WALLIS, EDWARDS and HARRIS, JJ., concur.